AO 241 (Rev. 09/17)

19-CV-3025-LTS

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: NORTHERN |
|---|---|

| Name (under which you were convicted):<br>JONATHAN J. ELPHIC | Docket or Case No.:<br>FECRJO4795<br>SHRICOURT#13-0597 |
|---|---|
| Place of Confinement :<br>FORT. DODGE CORRECTIONAL FACILITY | Prisoner No.:<br>6976729 |
| Petitioner (include the name under which you were convicted)<br>JONATHAN J. ELPHIC | Respondent (authorized person having custody of petitioner)<br>v.  FRANKLIN COUNTY |

The Attorney General of the State of: IOWA

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   FRANKLIN COUNTY, HAMPTON, IOWA
   2ND JUDICIAL DISTRICT

   (b) Criminal docket or case number (if you know):  FECRSO4795

2. (a) Date of the judgment of conviction (if you know):

   (b) Date of sentencing:

3. Length of sentence:  5 years

4. In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:  6 COUNTS

   ONE DEGREE FORIGRY

6. (a) What was your plea? (Check one)

   ☒ (1)  Not guilty        ☐ (3)  Nolo contendere (no contest)

   ☐ (2)  Guilty            ☐ (4)  Insanity plea

Page 2 of 16

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to?   *NOT GUILTY TO ALL*

*CHARGES.*

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☒ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☒ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

    ☒ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):   *SUPREME COURT CASE NO. 18-0597*

(c) Result:   *PENDING*

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:   *DENIED FAIR TRIAL, TRAMPLED DUE*

*PROCESS RIGHTS.*

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

    If yes, answer the following:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes  ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes  ☒ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes ☒ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition: ☐ Yes  ☐ No

(2) Second petition: ☐ Yes  ☐ No

(3) Third petition: ☐ Yes  ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

No ASSISTANCE

IN 2FFECTIVE ASSISTANCE

12.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** CRIME was REPORTED BY THE POLICE NOT TO THE POLICE - VIOLATED POLICE PROCEDURE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

THE STATE COERCED WITNESS, SEEWED FACTS, AND COMITTED PERJURY.

THE WAS NO EVIDENCE FOR ARREST UNTIL AFTER ARREST

(b) If you did not exhaust your state remedies on Ground One, explain why: IN-2FFECTIVE ASSISTANCE

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:   *IN-EFFECTIVE*
*ASSISTANCE*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   *POST CONVICTION*

Name and location of the court where the motion or petition was filed:   *FRANKLIN COUNTY*
*HAMPTON IOWA*

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):   *THE STATE ALLEGED*
*I'M NOT ENTITLED TO RELIEF.*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*No LEGAL ASSISTANCE*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: GRIEVANCES, INJUCTION APPLICATION,

MISCONDUCT COMPLAINTS

**GROUND TWO:** ILLEGAL FOR THE STORE TO ACCEPT
THE CHECK- ILLEGAL TO REPORT THE CHECK IMPROPER
PROCEDURE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

THE STATE WITHHELD, and HIDE STORE POLICY,
STATE LAW, and POLICE PROCEDURE.

(b) If you did not exhaust your state remedies on Ground Two, explain why: IN-EFFECTIVE ASSISTANCE
No LEGAL ASSISTANCE

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: IN EFFECTIVE
ASSISTANCE.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

No LEGAL ASSISTANCe

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : MISCONDUCT COMPLAINTS, GRIEVANCes WITH OMBUDSMAN, CIVIL RIGHTS COMMISSION, AND ACLU OF IOWA

**GROUND THREE:** ABUSE OF PROCESS

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

DENIED DUE PROCESS, VIOLATED POLICE PROCEDURE, STORE POLICY and STATE LAW, REFUSED PAYMENT FOR THE CHECKS,

(b) If you did not exhaust your state remedies on Ground Three, explain why:

*NO LEGAL ASSISTANCE*

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

    (2) If you did not raise this issue in your direct appeal, explain why: *IN EFECTIVE ASSISTANCE*

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes ☒ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

    (4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

INEFFECTIVE ASSISTANCE
No LEGAL ASSISTANCE

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: GRIEVANCES, CITY OF HAMPTON, OMBUDSMAN, Supreme Court Disciplinary Board

**GROUND FOUR:** MALICIOUS PROSECUTION

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

DENIED DUE PROCESS, VIOLATED STORE POLICY AND POLICE PROCEDURE, AND STATE LAW, AND REFUSED PAYMENT FOR THE CHECKS.

(b) If you did not exhaust your state remedies on Ground Four, explain why: IN EFFECTIVE ASSISTANCE.

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: IN EFFECTIVE ASSISTANCE

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

No LEGAL ASSISTANCE
INEFFECTIVE LEGAL ASSISTANCE

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: IOWA SUPREME

COURT ATT DISP BOARD, OMBUDSMAN
GRIEVANCES.

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: *No LEGAL ASSISTANCE*

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

*No LEGAL ASSISTANCE*
*IN-EFFECTIVE ASSISTANCE*

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☒ Yes ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. *APPELLATE COURT - DENIED FAIR TRIAL, DENIED DUE PROCESS*

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ALISHA SIGMITH-ROBERTS CLARION IOWA

(b) At arraignment and plea: (SAME)

(c) At trial: (SAME)

(d) At sentencing: (SAME)

(e) On appeal: ANDREW Abbott WATERLOO, IOWA

(f) In any post-conviction proceeding: NO ATTORNEY

(g) On appeal from any ruling against you in a post-conviction proceeding: NONE

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Release, Any*

*Available*

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on *5-16-19*   (month, date, year).

Executed (signed) on *5-15-19*   (date).

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

$ 002.35
US POSTAGE
PITNEY BOWES
02 1P
0001659354  MAY 15 2019
MAILED FROM ZIP CODE 50501
UNITED STATES POSTAGE

5/15/19-SKM

United States Supreme Court
First Street N. E.
Washington, DC
20543

UNITED STATES DISTRICT COURT
Northern District of Iowa
111 Seventh Avenue S.E. Box 12
Cedar Rapids, IA, 52401

Jonathan J. Bupp #0976729
F.D.C.F.
1550 "L" Street
Ft. Dodge Iowa
50501

NOTICE: This correspondence
was mailed from an institution
operated by Corrections.
The contents are uncensored.

5/11
SGA